# Court of Appeals
# of the State of Georgia

ATLANTA, June 28, 2018

*The Court of Appeals hereby passes the following order:*

**A18D0506. JONATHAN D. ALVAREZ v. THE STATE.**

Jonathan Alvarez was convicted of kidnapping for ransom, and we affirmed his conviction on appeal. *Deleon-Alvarez v. State*, 324 Ga. App. 694 (751 SE2d 497) (2013). He later filed an extraordinary motion for new trial, which the trial court denied on May 10, 2018. Alvarez then filed this application for discretionary appeal on June 14, 2018, seeking review of that order. We, however, lack jurisdiction.

An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed. See OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal made beyond 30 days. See *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Here, Alvarez filed his application 35 days after the trial court's order was entered. Accordingly, the application is untimely and is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 06/28/2018
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*